558

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* DONALD ESTON, Defendant-Appellant.

(No. 11701; )

Fourth District—September 27, 1972.

Opinion by Mr. JUSTICE SMITH.

John F. McNichols, of Defender Project, of Springfield, (J. Daniel Stewart, of counsel,) for appellant.

No appearance for the People.

THE PEOPLE *ex rel.* ERMAL BROWN, Petitioner-Appellant, *v.* ELZA BRANTLEY, Warden, Illinois State Penitentiary at Menard, Respondent-Appellee.

(No. 11728; )

Fourth District—September 27, 1972.